Judge, Sharon Keller,
Court of Appeals


RE:  Mandate to reverse, or revise
     on Cause No.: 2009-1366-C1


Judge, Sharon Keller,                                        6,    ,2015

   My name is Joseph M. Anderson, T.D.C.J. No. being 1631364.  I am writting
to you in regards to my having my case on appeal starting back in 2010 to
2013.  The Court of Appeals in Amarillo, Texas sent my paper·work to the
Higher Court. Therefore, I am writting to you due to your reply on my behalf
with the mandate to reverse, or revise.  Nothing was done except for me
receiving a notice of Denial.
Your Honor, why didn't they honor the mandate that you sent?
            Why wasn't I given a chance to go back to the Court in Waco, TX,
            Mclennan county?

Your Honor, I believe as you had realized that it wasn't right on my behalf
to have had no blood test given, even after requesting for one.  They had
me blow through the breath·alyzer machine to record my sobriety results
which were lost, or erased as their tape showed nothing against me.

It wasn't fair, nor is it yet fair with me receiving a 30 year sentence and
I have done almost six on it.

Your Honor, I would have wrote to you sooner with these questions, but I have
went through a seperation and she has all of my legal papers.
Thank you for your time and consideration in responding back to me.
                                              Respectfully,


                                              Joseph M. Anderson
                                              1631364
                                              Boyd Unit
            **RECEIVED IN**                   200 Spur 113
      **COURT OF CRIMINAL APPEALS**           Teague, Texas
                                                     75860
            **JUN 12 2015**


         **Abel Acosta, Clerk**